IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.                               4:22-CR-00067-JM

BRANDON DESHA SCOTT

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 52) is DENIED. Defendant already benefitted from Amendment 821 when his sentence was reduced to 75 months on January 8, 2024. This sentence is consecutive to the sentence he received in *United States v. Scott*, 4:19-CR-00132-BRW (E.D. Ark.), which was reduced to 57 months on February 13, 2024, based on Amendment 821. Defendant's criminal history category is higher here than in the 2019 case because he received three additional criminal history points for the 2019 conviction.

The Clerk of the Court is directed to send Defendant a copy of Doc. No. 44 from this case and Doc. No. 51 from *United States v. Scott*, No. 4:19-CR-00132-BRW (E.D. Ark.).

The motion to substitute counsel (Doc. No. 53) is GRANTED. Ms. Stephanie Mazzanti is substituted as counsel and Ms. Anne Gardner is relieved as counsel.

IT IS SO ORDERED this 17th day of June, 2025.

UNITED STATES DISTRICT JUDGE